For the reasons stated in my dissent filed this day in *State of North Carolina, ex rel., Utilities Commission and Duke Power Company, Applicant v. Rufus L. Edmisten, Attorney General,* No. 7610UC209, I vote to reverse that portion of the Commission's order authorizing a surcharge allowing Virginia Electric and Power Company to recover approximately $3,500,000 for fuel expenses.

STATE OF NORTH CAROLINA EX REL., UTILITIES COMMISSION AND CAROLINA POWER AND LIGHT COMPANY, APPLICANT v. RUFUS L. EDMISTEN, ATTORNEY GENERAL

No. 7610UC230

(Filed 18 August 1976)

APPEAL by the Attorney General of North Carolina, on behalf of the Using and Consuming Public and State Agencies, from orders of the North Carolina Utilities Commission entered 27 August 1975 and 4 December 1975. Heard in the Court of Appeals 15 June 1976.

*Attorney General Edmisten, by Special Deputy Attorney General Robert P. Gruber, for appellant.*

*Commission Attorney Edward B. Hipp, Assistant Commission Attorney John R. Molm, and Assistant Commission Attorney Wilson B. Partin, Jr., for North Carolina Utilities Commission, appellee.*

*Joyner & Howison, by Robert C. Howison, Jr., and William E. Graham, Jr., for Carolina Power & Light Company, appellee.*

HEDRICK, Judge.

While the dates of certain previous orders are different, and the rates per KWH and total amounts of money involved are not the same, the questions of law presented by this appeal are substantially the same as those presented in *State of North Carolina ex rel. Utilities Commission and Duke Power Company, Applicant v. Rufus L. Edmisten, Attorney General,* No. 7610UC209, opinion filed this day. For the reasons stated in that opinion, the orders appealed from in this cause are

Affirmed.

Judge BRITT concurs.

Judge MARTIN dissents.

Judge MARTIN dissenting.

For the reasons stated in my dissent filed this day in *State of North Carolina ex rel., Utilities Commission and Duke Power Company, Applicant v. Rufus L. Edmisten, Attorney General,* No. 7610UC209, I vote to reverse that portion of the Commission's orders authorizing Carolina Power and Light Company to apply a surcharge for the recovery of approximately $15,500,000 for fuel expenses incurred prior to 1 September 1975.